UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,            Case Number 24-20520
v.                                        Honorable David M. Lawson

SHARELENE DAWSON a/k/a SHARELENE
CRAWFORD,

            Defendant.
_____/

## ORDER GRANTING MOTION TO MODIFY BOND CONDITIONS

This matter is before the Court on the defendant's motion for an order modifying her bond conditions to permit her to travel out of the country to participate in a pre-booked family vacation. The defendant asks the Court to permit her to travel on a cruise ship to Cozumel, Mexico from September 27, 2024 through October 7, 2024 to participate in a family vacation with her husband and grandchildren. The government opposes the motion, arguing that foreign travel is too risky because it provides the occasion for flight from prosecution. However, the government has not cited specific facts to support its own risk assessment, and the assigned pretrial services officer has been consulted and does not object to the request. Moreover, the standard condition in the form bail order (paragraph 7(g)) was not ordered by the magistrate judge in this case. After weighing the factors listed in 18 U.S.C. § 3145 (a)(2), the Court finds that the request for modification should be granted.

Accordingly, it is **ORDERED** that the defendant's motion and amended motions to modify bond conditions (ECF No. 67, 81, 83) are **GRANTED**. The defendant will be permitted to travel on a cruise to Cozumel, Mexico from September 27, 2024 through October 7, 2024. The defendant shall report to the assigned pretrial services officer in person **on October 8, 2024**.

- 2 -

It is further **ORDERED** that all other conditions of the defendant's release on bond remain in full force and effect.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   September 26, 2024